No. 96–8683.  HUMPHREY ET UX. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8684.  PIERRE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8685.  CHURN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8686.  CAUSEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8687.  GALES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8689.  GIACOMEL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–8691.  IRONS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8692.  JACKSON *v.* BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL.  Ct. App. D. C.  Certiorari denied.

No. 96–8695.  WILLIAMS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 96–8697.  TROWBRIDGE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 96–8701.  BREWSTER ET AL. *v.* UNITED STATES;
No. 96–8718.  LINDSEY *v.* UNITED STATES; and
No. 96–8727.  BUGGS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 106 F. 3d 415.

No. 96–8702.  DAVID *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–8703.  HOWARD *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 96–8705.  GOINS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–8706.  HANSEN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.